IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Julie A.A. McEldowney f/k/a Julie Ashmore,<br><br>    Plaintiffs,<br><br>v.<br><br>South Carolina Department of Motor Vehicles, Kevin S. Shwedo, in his official capacity as Director of the South Carolina Department of Motor Vehicles, and Nikki Haley, in her official capacity as Governor of South Carolina,<br><br>    Defendants.<br>_____ | Civil Action No. 3:14-cv-4155-JMC<br><br><br><br><br>STIPULATION OF DISMISSAL |

  The parties to this case stipulate to its dismissal without prejudice pursuant to Rule 41(a), FRCP.

| | |
|---|---|
| . | We consent:<br><br>/s/Andrew S. Radeker<br>ANDREW S. RADEKER<br>Federal I.D. No. 10059<br>HARRISON & RADEKER, P.A.<br>Post Office Box 50143<br>Columbia, South Carolina 29250 |
| March 5, 2015 | Counsel for Plaintiff<br><br><br>ALAN WILSON<br>Attorney General<br>Federal ID No.10457<br><br>[Signature block for Defendants continues next page] |

                                              ROBERT D. COOK  
                                              Solicitor General  
                                              Federal ID No. 285  
                                              Email: BCook@SCAG.Gov  

                                              /s/ J. Emory Smith, Jr.  
                                              J. EMORY SMITH, JR.  
                                              Deputy Solicitor General  
                                              Federal ID No. 3908  
                                              Email: ESmith@SCAG.Gov  

                                              Office of the Attorney General  
                                              Post Office Box 11549  
                                              Columbia, South Carolina 29211  
                                              Phone:  (803) 734-3680  
                                              Fax:  (803) 734-3677  

March 5, 2015                                                        Counsel for Defendants